**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE BAILEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES BURGERS, LLC, a California limited liability company; 38 PARAMOUNT LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 26-5108-DMG (PDx)<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANTS LOS ANGELES BURGERS, LLC and 38 PARAMOUNT LLC WITH PREJUDICE [25]** |

The Court has reviewed and considered the parties' Joint Stipulation to Dismiss Defendants Los Angeles Burgers, LLC and Paramount LLC with prejudice. [Doc. # 25.] Good cause appearing, the Court hereby **APPROVES** the Stipulation. Defendants Los Angeles Burgers, LLC and Paramount LLC are hereby **DISMISSED with prejudice**. As there are no remaining defendants in this action, the above-captioned action is also **DISMISSED with prejudice** in its entirety. Each party shall bear its own attorneys' fees, costs, and expenses. All dates and deadlines are **VACATED**.

**IT IS SO ORDERED.**

DATED: August 31, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE